## CLEVENGER, TRUSTEE IN BANKRUPTCY, *v.* CHANEY.

### SAME *v.* LYLE.

### SAME *v.* NICHOLS.

**APPEALS FROM THE CIRCUIT COURT OF APPEALS FOR THE SIXTH CIRCUIT AND APPLICATIONS FOR WRITS OF CERTIORARI.**

Nos. 221, 222, 223.. Motions to dismiss or affirm and applications for certiorari submitted December 7, 1908.—Decided December 14, 1908.

Appeals from the Circuit Court of Appeals affirming orders and decrees of the bankruptcy court dismissed for want of jurisdiction without opinion on authority of *Chapman* v. *Bowen,* 207 U. S. 89.[1]

*Mr. E. E. Clevenger* and *Mr. Cook Danford,* for appellants.

*Mr. A. H. Mitchell* for appellees.

*Per Curiam:* Appeals dismissed for want of jurisdiction. Applications for certiorari denied. *Chapman, Trustee, &c.,* v. *Bowen,* 207 U. S. 89.